IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HDR Enterprises, LLC, and
Rock Scapes of New Mexico, Inc., and
Christopher Hernandez, and Shawn Schmidt,
and Diversified Masonry Contractor,

       Plaintiffs,

vs.                                                         No. CIV-09-437 RB/ACT

MV Industries, Inc., and
Cochiti Community Development
Corporation, and Liberty Mutual Surety,
and Michael Vigil, and Greg Masterman,
and Michael Clodfelter, and John Does I-X,
and Roe Companies I-X

       Defendants,

vs.

Michael Vigil, and Greg Masterman and
Michael Clodfelter, and MV Industries, Inc.,

       Counter Claimants,

vs.

MV Industries, Inc.

       Counter Defendant

**ORDER**

       **THIS MATTER** comes before the Court on a Rule 16 status conference. After conferring with counsel and the parties regarding the status of the arbitration of the claims as ordered by the Honorable Robert C. Brack, the Court ordered that Plaintiffs HDR Enterprises, LLC, Diversified Masonry Contractor, Christopher Hernandez and Shawn Schmidt respond to

the Motion to Dismiss filed by Defendants MV Industries, et al. [Doc. 49] by July 11, 2011.

**IT IS THEREFORE SO ORDERED.**

_____
**ALAN C. TORGERSON**
**UNITED STATES MAGISTRATE JUDGE**